UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2252(a)(2) & (b)(1) |
| MOREZ KING, | : | (Distribution of Child Pornography) |
| | : | 18 U.S.C. § 2252(a)(2) & (b)(1) |
| | : | (Receipt of Child Pornography) |
| | : | 18 U.S.C. § 2252(a)(4)(B) & (b)(2) |
| | : | (Possession of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2253 |
| | : | 21 U.S.C. Section 853(p) |
| | : | (Forfeiture Allegation) |
| Defendant. | : | |
| | : | |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about and between June 6, 2021 and December 12, 2021, within the District of Columbia and elsewhere, the defendant, **MOREZ KING,** did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1))

2

## COUNT TWO

On or about November 14, 2021, within the District of Columbia and elsewhere, the defendant, **MOREZ KING,** did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

      (**Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1))

## COUNT THREE

On or about December 15, 2021, within the District of Columbia and elsewhere, the defendant, **MOREZ KING,** knowingly possessed one or more books, magazines, periodicals, films, video tapes, or other matter, to wit: an HP laptop computer, which contained any visual depiction that has been mailed, and has been shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

      (**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2))

## FORFEITURE ALLEGATIONS

    1.    Upon conviction of the offenses alleged in Count One, Two, and Three, the defendant, **MOREZ KING**, shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used

in any manner or part to commit and to promote the commission of the aforementioned violations.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p) and 18 U.S.C. Section 2253.

A TRUE BILL

FOREPERSON

*Matthew M Graves by AEL*
Attorney of the United States
and for the District of Columbia