## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case 1:22-cr-00137-RC |
| v. ) | |
| ) | CHARGE 1: 18:2252(a)(2) & (b)(1) |
| MOREZ KING ) | CHARGE 2: 18:2252(a)(2) & (b)(1) |
| Defendant, ) | CHARGE 3: 18:2252(a)(4)(B)&(b)(2) |
| ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

The Clerk of the United States District Court in the District of Columbia will please note the appearance of the undersigned as counsel for the Defendant.

By:   /s/ Atchuthan Sriskandarajah
Atchuthan Sriskandarajah
DC Bar Number: 460468
The Law Offices of SRIS, PC.
4008 Williamsburg Court,
Fairfax, Virginia 22032
sris@srislawgroup.biz
(703) 278-0405 Telephone
(703) 278-0420 Facsimile