UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No: 1:22-CR-00137-RC |
| ) | |
| MOREZ KING ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**MOTION TO SUPPRESS SEARCH WARRANT
OR IN THE ALTERNATIVE TO ORDER A *FRANKS* HEARING**

COMES NOW Defendant Morez King by and through counsel undersigned and respectfully moves this Honorable Court to suppress a search warrant issued in Case No. 21-SW-420 on December 9, 2021, or alternatively to the schedule an evidentiary hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978) to determine the effect of intentional omissions in the search warrant's supporting affidavit submitted by law enforcement. In support thereof, Mr. King states as follows:

1. Mr. King is charged by indictment with violations of: 18 U.S.C. Section 2252(a)(2) and (b)(1) (Distribution of Child Pornography), 18 U.S.C. Section 2252(a)(2) and (b)(1) (Receipt of Child Pornography), and 18 U.S.C.

Section 2252(a)(2) and (b)(1) (Possession of Child Pornography). There also exists a related forfeiture proceeding as listed in the indictment.

2.　　On or about December 19, 2021, in case number 21-SW-420, a United States Magistrate Judge for the District of Columbia granted an application for a search warrant made by Jeffrey F. Collins, Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations, regarding an address located in the District of Columbia.

3.　　The application for this search warrant made by Special Agent Collins was supported by an affidavit which alleged facts, and argued that probable cause existed for the issuance of the search warrant.

4.　　The information contained in the affidavit did not provide probable cause for its issuance due to the staleness of the facts represented and a variety of omissions that significantly undermined any valid determination of probable cause for the issuance of the search warrant.

5.　　Mr. King relies upon and incorporates his Memorandum In Support Of Motion To Suppress Search Warrant Or In The Alternative To Order A *Franks* Hearing, contemporaneously filed with this motion, as if fully stated herein.

WHEREFORE for the foregoing reasons and for any reasons presented at the argument of this motion, Defendant Morez King respectfully moves this

Honorable Court to suppress a search warrant issued in Case No. 21-SW-420 on December 9, 2021, or alternatively, for the scheduling of an evidentiary hearing pursuant to *Franks v. Delaware, supra*.

> Respectfully submitted,
> MOREZ KING
> By Counsel
>
> By: __AS__
> Atchuthan Sriskandarajah, Esq.
> Bar No. 460468
> THE LAW OFFICES OF SRIS, PC
> 4008 Williamsburg Court
> Fairfax, VA 22032
> E. sris@srislawgroup.biz
> T. (703) 278-0405
> F. (703) 278-0420

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing Motion To Suppress Search Warrant, Or In The Alternative To Order A *Franks* Hearing, to be served on each other party to this action by filing the same via CM/ECF on DATE.

> By: __AS__
> Atchuthan Sriskandarajah, Esq.
> Bar No. 460468
> THE LAW OFFICES OF SRIS, PC
> 4008 Williamsburg Court
> Fairfax, VA 22032
> E. sris@srislawgroup.biz
> T. (703) 278-0405
> F. (703) 278-0420